UNITED STATES DISTRICT COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sabha Ganai, M.D., Ph.D., FACS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Sanford Medical Center Fargo and Sanford Clinic North,<br><br>　　　　Defendant. | Court File No. _____<br><br>**DEFENDANTS' NOTICE OF REMOVAL** |

　　　　Defendants Sanford Medical Center Fargo and Sanford Clinic North ("Defendants") remove to the United States District Court for the District of North Dakota the action entitled *Sabha Ganai, M.D., Ph.D., FACS v. Sanford Medical Center Fargo and Sanford Clinic North*, commenced in Cass County District Court, East Central Judicial District, State of North Dakota.  As grounds for removal, Defendants state as follows:

　　　　1.　　On February 20, 2026, counsel for Plaintiff Sabha Ganai ("Plaintiff") served a state court Summons and Complaint on Defendants through their registered agent.  As required under 28 U.S.C. § 1446, copies of all process, pleadings, and orders served on Molex are attached as Exhibit A.

　　　　2.　　Under 28 U.S.C. §§ 1441 and 1446, removal is proper and timely if it is filed within 30 days after a defendant is served with a summons and the initial pleading. Defendants are timely filing this removal within 30 days of service.

3. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question) and which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441.

4. This Court has original federal question jurisdiction over this case, as Plaintiff has alleged federal claims arising under the laws of the United States of America, specifically, alleged interference under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. Section 2601, *et seq.* Thus, Plaintiff's Complaint is removable without regard to the citizenship or residence of the parties.

5. Under 28 U.S.C. § 1441 and 28 U.S.C. § 1446, the United States District Court for the District of North Dakota is the appropriate court for removing an action from Cass County District Court, East Central Judicial District, State of North Dakota where this action was commenced.

6. Promptly upon filing this Notice of Removal, Defendants will provide written notice to Plaintiff's counsel at the addresses set forth in the Summons and Complaint: Leo F.J. Wilking, Wilking Law Firm, 3000 32nd Ave. S., Fargo, ND 58103 and Kristen E. Prinz and Rebecca Baba, The Prinz Law Firm, P.C., 1 East Wacker Drive, Suite 1800, Chicago, IL 60601.

9. Additionally, on the same date as this Notice of Removal was signed, Defendants filed a copy of this Notice of Removal with the Clerk of Cass County District Court, East Central Judicial District, State of North Dakota (*see* Exhibit B – Notice of Filing Notice of Removal), the district in which this action was commenced at the time this Notice of Removal was filed with this Court.

**WHEREFORE**, Defendants respectfully request that the above-entitled action commenced against it in Cass County District Court, East Central Judicial District, State of North Dakota, be removed to this Court.

Dated: March 5, 2026

Respectfully Submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.**

*s/Cynthia A. Bremer*
Cynthia A. Bremer, #05552
Tyler W. Hartney, #09226
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612.339.1818
Fax:  612.339.0061
cynthia.bremer@ogletree.com
tyler.hartney@ogletree.com

***Attorneys for Defendants Sanford Medical Center Fargo and Sanford Clinic North***